THE LAW OFFICES OF RICHARD J. WASHINGTON

100 Church Street, Suite 800
New York, New York 10007
(p) (646)845-7445
(f) (646)607-9383
www.washington-at-law.com

April 25, 2018

The Honorable Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:**    *Murthy v. New York City Employee's Retirement System*
                16-cv-06163 (KAM)(RML)

Dear Judge Levy:

     I represent the Plaintiff Nagamani Murthy in the above-referenced matter. I submit this letter to request a stay in this action pending the disposition of Plaintiff's appeal from the finding in her disciplinary hearing. During our telephone conference on April 10, 2018, I informed the Court and Defendant's counsel that the Plaintiff intended to commence a special proceeding under N.Y.C.P.L.R. Article 78 in order to challenge the findings of her disciplinary hearing.

     Following our conference, I conferred with counsel for the Defendant to discuss the withdrawal of potentially time-barred claims as the Court directed. Although Plaintiff alleges an ongoing course of conduct that spans more than a decade, her most recent claims are directly related to the disciplinary hearing that will be the subject of her Article 78 Proceeding. The outcome of Plaintiff's Article 78 proceeding will allow both parties to further assess the merits of this action, and potentially expedite a final disposition in the matter before the Court.

     In light of the foregoing, Plaintiff respectfully requests a stay pending the outcome of Plaintiff's Article 78 proceeding. The filing deadline for that proceeding is June 9, 2018. I have spoken to Ms. Grushka, counsel for the Defendant, and she consents to this request.

          Respectfully Submitted,

          s/Richard J. Washington, Esq. (RW4793)
          Richard J. Washington, Esq.
          *Attorney for the Plaintiff*